# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| KIESHA SHORTER,            :<br>        **Plaintiff,**    :<br>                            :<br>        v.                  :<br>                            :<br>PRINCETON RESOURCE ASSOCIATES,  :<br>INC., et al.,              :<br>        **Defendants.**   : | **CIVIL ACTION**<br>No. 20-765 |

# ORDER

This 22nd day of June, 2020, for the reasons stated in the accompanying Memorandum, it is hereby **ORDERED** that Defendants' Motion to Dismiss, ECF 3, is **GRANTED.** Plaintiff's claims are dismissed without prejudice.

 s/Gerald Austin McHugh
United States District Judge
